UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| A. BOHRER INTERNATIONAL, INC.,<br>    Plaintiff,<br><br>        v.<br><br>JOSEPH RABINOVICH, ET AL.,<br>    Defendants. | CIVIL NO. 98-1715(PG) |

### ORDER

The matter before the Court is plaintiff's motion to amend the judgment entered on March 29, 1999 dismissing the case with prejudice for lack of jurisdictional amount. (Docket No. 12). Plaintiff's request to amend the judgment to eliminate the dismissal with prejudice shall be granted.

Accordingly, the Court hereby grants plaintiff's motion and the judgment shall be amended to read: **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico    May    3   , 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)